# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELON WELCH,<br><br>Defendant. | Case No.: 24-cr-0049-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On March 19, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 22, 2024, to May 10, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 30] and sets the Motion Hearing/Trial Setting on May 10, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from March 22, 2024, to May 10, 2024.

IT IS SO ORDERED.

Dated: 3/20/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE